GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Sebastian Nido-Valenzuela,<br><br>Defendant. | CR-22-1608-TUC-RM-LCK<br><br>SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.      The matter is set for sentencing and final disposition on March 8, 2023.

2.      On December 1, 2021, agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) were notified by The Hub, a Tucson federal firearms licensee (FFL), that Anthony Ortiz was attempting to purchase a Barrett .50 caliber, semi-automatic rifle for $8,695.95 in cash. ATF agents went to the Hub and observed a sedan parked with four individuals inside. Later that day and ATF agent observed Ortiz and another male enter the Hub and then return with a large briefcase. Agents observed all four occupants of the vehicle place the case in the trunk of the car. After the car left, agents conducted a traffic stop of the sedan, which was being driven by the registered owner, Javier Heras-Rodriguez.

3.      After speaking with some of the men in the vehicle, and searching some of their phones, the agents learned about the conspiracy to purchase firearms and smuggle them to Mexico. This included text messages discussing the purchase and then smuggling of

firearms (including how to hide them, break them down, hiding spots in cars, etc.). The text messages also matched up with specific purchases that were made by the members of the conspiracy at FFLs, including some they had previously been unaware of involving the defendant.

4. Agents learned that on September 16, 2021, the defendant purchased one Glock model 38 pistol from a private seller. The defendant then arranged with Heras-Rodriguez to have the firearm exported to Mexico. Agents also learned from a series of text messages that Heras-Rodriguez arranged for the defendant to purchase firearms, specifically the Glock model 38, which Heras-Rodriguez then told the defendant he was taking to Mexico, and they arranged for further purchases. Agents interviewed the defendant, who waived his *Miranda* rights and admitted he was purchasing firearms for Heras-Rodriguez to be sent to Mexico.

5. On July 21, 2022, a Tucson federal grand jury indicted the defendant on two counts, including smuggling goods from the United States and conspiracy. On December 2, 2022, the defendant pled guilty to count six of the indictment (smuggling) pursuant to a written plea agreement.

6. The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 37-46 months, based on a total offense level 21 and criminal history category I. The plea agreement calls for a sentencing range of a period of time served to 37 months of incarceration. The probation department recommends 12 months and one day of incarceration.

7. 18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed

shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

8. Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to 12 months and one day of incarceration. The government will further explain its position at the sentencing hearing, currently set for March 8, 2023.

Respectfully submitted this 1st day of March, 2023.

GARY M. RESTAINO
United States Attorney

/s/ Matthew C. Cassell

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 1st day of March, 2023, to:

Scott M. McNamara, Esq.
Counsel for defendant