GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Anthony Armando Ortiz,<br><br>Defendant. | CR-22-1608-002-TUC-RM-LCK<br><br>SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1. The matter is set for sentencing and final disposition on May 31, 2023.

2. On December 1, 2021, agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) were notified by The Hub, a Tucson federal firearms licensee (FFL), that the defendant was attempting to purchase a Barrett .50 caliber, semi-automatic rifle for $8,695.95 in cash. ATF agents went to the Hub and observed a sedan parked with four individuals inside. Later that day an ATF agent observed the defendant and another male enter the Hub and then return with a large briefcase. Agents observed all four occupants of the vehicle place the case in the trunk of the car. After the car left, agents conducted a traffic stop of the sedan, which was being driven by the registered owner, Javier Heras-Rodriguez.

3. After waiving his rights pursuant to Miranda v. Arizona, the defendant confessed to ATF agents that he purchased the Barrett rifle on behalf of the other three occupants of the car. After speaking to one of the other men in the vehicle, Ricardo Caro,

agents learned the defendant purchased a F.N. Scar 7.62x51mm semi-automatic rifle on November 30, 2021. After speaking to other men in the vehicle, and searching some of their phones, agents learned about the conspiracy to purchase firearms and smuggle them to Mexico. This included text messages discussing the purchase and then smuggling of firearms (including how to hide them, break them down, hiding spots in cars, etc.). The text messages also matched up with specific purchases that were made by the members of the conspiracy at FFLs. Finally, agents learned that the Scar rifle was transported to Mexico on November 30, 2021.

5. On July 21, 2022, a Tucson federal grand jury indicted the defendant on two counts, including smuggling goods from the United States and conspiracy. On March 22, 2023, the defendant pled guilty to counts four and five of the indictment pursuant to a written plea agreement.

6. The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 18-24 months, based on a total offense level 15 and criminal history category I. The PSR states in paragraph 73 and on page 16 that the plea agreement calls for a sentencing range of 6-12 months, which is incorrect. The plea agreement states on page 3, line 18, that "the defendant's sentence shall not exceed 16 months." The probation department recommends 16 months, which is the maximum sentence under the plea agreement.

7. 18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. § 3553(a)(2). The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

8. Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and follow the probation department's recommendation to sentence the defendant to 16 months of incarceration. The government will further explain its position at the sentencing hearing, currently set for May 31, 2023.

Respectfully submitted this 24th day of May, 2023.

GARY M. RESTAINO
United States Attorney

*/s/ Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 24th day of May, 2023, to:

Thomas S. Hartzell, Esq.
Counsel for defendant