GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       v.<br><br>Ricardo Caro,<br><br>            Defendant. | CR-22-1608-004-TUC-RM-LCK<br><br>SENTENCING MEMORANDUM |

Now comes the United States of America, by and through its attorneys undersigned, and submits the following regarding the above-captioned defendant's sentencing:

1.     The matter is set for sentencing and final disposition on October 4, 2023.

2.     On December 1, 2021, agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) were notified by The Hub, a Tucson federal firearms licensee (FFL), that Anthony Ortiz was attempting to purchase a Barrett .50 caliber, semi-automatic rifle for $8,695.95 in cash. ATF agents went to the Hub and observed a sedan parked with four individuals inside. Later that day and ATF agent observed Ortiz and another male enter the Hub and then return with a large briefcase. Agents observed all four occupants of the vehicle place the case in the trunk of the car. After the car left, agents conducted a traffic stop of the sedan, which was being driven by the registered owner, Javier Heras-Rodriguez. The defendant was one of the other men in the vehicle.

3.     The defendant was cooperative with ATF and answered their questions. After speaking with the defendant and searching the phones of his co-conspirators, the agents

learned about the conspiracy to purchase firearms and smuggle them to Mexico. This included text messages discussing the purchase and then smuggling of firearms (including how to hide them, break them down, hiding spots in cars, etc.). The text messages also matched up with specific purchases that were made by the members of the conspiracy at FFLs, including some they had previously been unaware of involving the defendant.

4.      Agents learned that the defendant purchased two F.N. Scar 17 semi-automatic rifles on two different dates in November 2021. Beyond his straw purchasing, the defendant was also responsible for bringing others into the conspiracy, specifically Anthony Ortiz, whom the defendant recruited and communicated with.

5.      On July 21, 2022, a Tucson federal grand jury indicted the defendant on nine counts, including straw purchasing, smuggling goods from the United States, and conspiracy. On March 4, 2023, the defendant pled guilty to counts two and three of the indictment (straw purchasing) pursuant to a written plea agreement.

6.      The government has reviewed the probation department's presentence investigation report (PSR) and disposition report and has no additions or corrections to the factual statements or guideline/criminal history calculations. The defendant's guideline sentencing range is 12-18 months, based on a total offense level 13 and criminal history category I. The plea agreement calls for a sentencing range of a period of time served to 18 months of incarceration. The probation department recommends 12 months and one day of incarceration.

7.      18 U.S.C. § 3553(a)(1) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2).  The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct."  18 U.S.C. §3553(a)(6).

8.      Pursuant to the 18 U.S.C. § 3553(a) factors, the government respectfully requests the Court accept the parties' plea agreement and sentence the defendant to a term of imprisonment between six months and 12 months and one day of incarceration. The government is aware of the Court's recent sentencing of co-defendants in this case, specifically Anthony Ortiz, who received a sentence to probation, but given that the defendant straw purchased a similar number of firearms as Ortiz, but that he recruited Ortiz into the conspiracy in the first place and was involved in the conspiracy to a greater extent than Ortiz, the defendant's level of culpability is higher, although admittedly not to the extent of Heras-Rodriguez, who was sentenced to 18 months of incarceration. The government will further explain its position at the sentencing hearing, currently set for October 4, 2023.

Respectfully submitted this 27th day of September, 2023.

GARY M. RESTAINO
United States Attorney

/s/ Matthew C. Cassell

MATTHEW C. CASSELL
Assistant United States Attorney

Copy of the foregoing served electronically
or by other means this 1st day of March, 2023, to:

Richard B. Bacal, Esq.
Counsel for defendant